UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO GONZALEZ-GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKER, et al.,<br><br>    Defendants. | No. 2:20-cv-0234 JAM CKD P<br><br>ORDER |

    Plaintiff, a Shasta County Jail prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 21, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2020, are adopted in full;

2. Plaintiff's amended complaint (ECF No. 7) is dismissed for failure to state a claim upon which relief can be granted: and

3. This case is closed.

DATED: June 22, 2020

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE